# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION



United States District Court
Southern District of Texas
FILED

NOV 0 7 2011

David J. Bradley, Clerk of Court

| | |
|---|---|
| Della Goines | Civil Action |
| | Cause No. <u>4:11-cv-03287</u> |
| Plaintiff | |
| **Vs.** | |
| The CIT GROUP/Consumer Finance, Inc. Finance (Assignor) | |
| Selene Finance LP, (Assignee) | |
| Defendants | |

## TEMPORARY RESTRAINING ORDER

The Plaintiff, Della Goines, applies for an emergency Temporary Restraining Order. I do not waive the motion for remand; based on the sensitive issues at hand an Injunction and TRO should be granted to prevent irreparable damages.

This court hereby grant an order for an immediate Temporary Restraining Order, Pursuant to §6.503 Federal Rules of Civil Procedures.

It is THEREFORE ORDERED this Motion is GRANTED.

Signed on this the _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

**ORDER**

## Certificate of Service

I herby certify that a true and correct copy of the foregoing has been filed and served upon

the following parties via electronic means through the Court's CM/ECF system or by pre-

paid regular first U.S. Mail on November 7, 2011.


Della M. Goines
Pro se
919 Adowa Spring Loop
Spring, TX 77373
832.403.5555


Matthew K. Hansen
Locke Lord Bissell & Liddell LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776


Bruce M. Badger
Robertson Anschutz
10333 Richmond Avenue, Suite 550
Houston, Texas 77042